463 A.2d 52

Thomas, Appellants v. Quintus.

Argued May 4, 1983. Allen L. Feingold, for appellants; Kathleen M. Turezyn, for appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Order affirmed.

463 A.2d 52

Willits v. Downey, Appellant.

Submitted January 7, 1983. Malcolm S. Mussina, for appellant; Candice Willits, for appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The order of the lower court is affirmed.